Motion Granted; Appeal Dismissed and Memorandum
Opinion filed July 14, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00026-CV

____________

 

ARTISAN CONCEPTS CUSTOM HOMES, L.L.C., Appellant

 

V.

 

MORRELL MASONRY SUPPLY, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 943160

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 7, 2010.  On July 8, 2011, the parties
filed a joint motion to dismiss the appeal in order to effectuate a compromise
and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Seymore and Boyce.